RICHARD J. TROBERMAN
RICHARD J. TROBERMAN, P.S.
Attorney at Law
California State Bar No. 51721
1501 Fourth Avenue, Suite 2150
Seattle, WA 98101-3225
Telephone:  (206) 343-1111
Facsimile:  (206) 340-1936
E-Mail: tmanlaw@aol.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                           )<br>                            Plaintiff,     )<br>                                                           )<br>        v.                                             )<br>                                                           )<br>THAI HOANG NGUYEN,                 )<br>                                                           )<br>                            Defendant.  )<br>_____ ) | 1:08-CR-00361 OWW<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

This matter having come before the Court on the Stipulation of the parties to continue the sentencing hearing of defendant Thai Hoang Nguyen which is currently scheduled on September 14, 2009 to October 19, 2009, and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from September 14, 2009, to October 19, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   August 7, 2009**                    /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE