```
LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CR-00361 OWW |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| THAI HOANG NGUYEN, | |
| Defendant. | |

Defendant THAI HOANG NGUYEN, by and through his attorney, RICHARD TROBERMAN, and the United States of America, by and through its attorneys, LAWRENCE G. BROWN, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the October 19, 2009, sentencing date and reset the matter for November 9, 2009, at 1:30 p.m.

2. The parties stipulate that the continuance is necessitated by the parties' need to prepare adequately for sentencing and to secure the attendance of an essential government

1

```
 1  witness currently on TDY in Afghanistan.
 2  DATED: October 8, 2009                    Respectfully submitted,
 3                                            LAWRENCE G. BROWN
                                              United States Attorney
 4
                                              By: /s/ Karen A. Escobar
 5                                               KAREN A. ESCOBAR
                                              Assistant U.S. Attorney
 6
 7                                            /s/ Richard Troberman
                                              RICHARD TROBERMAN
 8                                            Attorney for Defendant
                                              THAI HOANG NGUYEN
 9
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of October 19 is hereby vacated and is reset for November 9, 2009, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   October 13, 2009**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

2